IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUL 30 2012
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.

UNITED STATES OF AMERICA :
:
v. :
:
CHARLES WILLIAMS, JR. : 1:12CR264-1
ELISABETH MACMULLEN : 1:12CR264-2

The Grand Jury charges:

On or about February 13, 2012, in the County of Davidson, in the Middle District of North Carolina, CHARLES WILLIAMS, JR., and ELISABETH MACMULLEN willfully, knowingly and intentionally did unlawfully possess with intent to distribute 76.6 grams (net weight) of a mixture and substance containing a detectable amount of cocaine base, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

A TRUE BILL:

FOREPERSON

_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY